United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-20980
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HARRELL RAY BLACKLOCK, JR.,

Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-69-1

--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Harrell Ray Blacklock, Jr.,
has moved for leave to withdraw and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Blacklock has filed a response and requested the appointment of
substitute counsel. Our independent review of counsel's brief,
Blacklock's response, and the record discloses no nonfrivolous
issue for appeal. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, Blacklock's motion for the appointment

of substitute counsel is DENIED, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.